IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy L. Jones | ) | Case No. 1-19-02941 |
| Debtor | ) | Chapter 13 |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

Instructions: Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

A. Presumptively reasonable fee under L.B.R. 2016-2(c) ($4000     $4,500.00
    Plus $500 for 2nd Amended Plan filed after Confirmation)
1. Amount Agreed to by debtor(s)     $4,500.00
2. Less amount paid to attorney prior to filing petition     $400.00
3. Balance of compensation to be paid through plan distributions     $4,100.00
4. Expenses advanced to be paid through plan distributions     $0.00
    (describe expense and amount)

B. Compensation and reimbursement of expenses allowed upon application
and order under L.B.R. 2016-2(c)
1. Retainer Received     $
2. Compensation earned prepetition and paid to attorney prior to filing     $
3. Expenses reimbursed prepetition     $
4. Balance in retainer after deduction of prepetition compensation and expenses     $
5. Compensation and expenses approved by the Court to be paid through Plan     $
    distributions less balance in client trust account

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $4,100.00

Date: June 22, 2020        /s/ Aaron J. Neuharth_____
                                                 Aaron J. Neuharth, Esquire
                                                 Supreme Ct. No. 88625
                                                 PO Box 359
                                                 Chambersburg, PA 17201
                                                 (717)264-2939