# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Eleanor J. Giamusso :
: Case No. 5:16-bk-04155

## NOTICE TO CREDITORS

The Confirmation Hearing of the 3rd Amended Chapter 13 Plan has been scheduled for November 7, 2017 at 9:30 a.m., Courtroom #2, 197 South Main Street, Wilkes Barre, Pennsylvania. Last day to Object to Plan Confirmation is October 25, 2017. Any objections to confirmation of the plan will be heard at the above scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

                                                            Bresset & Santora, LLC

                                                            Ronald V. Santora, Esq.  #35061
                                                            1188 Wyoming Avenue
                                                            Forty Fort, Pa  18704
                                                            Phone:  (570) 287-3660
                                                            Fax:  (570) 287-3666
                                                            Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Eleanor J. Giamusso :
: Case No. 5:16-bk-04155

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 27, 2017, Notice to Creditors regarding the scheduled Confirmation Hearing of the 3rd Amended Chapter 13 Plan was delivered via first class mail to the following:

Comenity/ Bon-Ton
PO Box 659813
San Antonio, TX 78265-9113

Loan to Learn
PO Box 651118
Sterling, VA 20165-1118

Union Plus Credit Card/ Mastercard
PO Box 71104
Charlotte, NC 28272

Calvary SPV
3936 E Ft. Lowell Rd.
Suite 200
Tucson, AZ 85712

Kost Tire & Auto Service/Credit First NA
PO Box 81344
Cleveland, OH 44188-0001

Sears Credit Cards
PO Box 9001055
Louisville, KY 40290-1055

Portfolio Recovery Association
PO Box 12914
Norfolk, VA 23541

Bresset & Santora, LLC

Ronald V. Santora, Esq. #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666