**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Eleanor J. Giamusso           BK NO. 16-04155 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Wells Fargo Bank, National Association, s/b/m to Wells Fargo Bank Minnesota, NA f/k/a Norwest Bank Minnesota, NA as Trustee for First Union Home Equity Loan Trust 1997-3, Home Equity Loan Asset-Backed Certificates Series 1997-3 and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
18 Feb 2022, 15:32:48, EST

                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          215-627-1322