# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ELEANOR J. GIAMUSSO

                      CHAPTER 13

        Debtor(s)

    JACK N. ZAHAROPOULOS
    CHAPTER 13 TRUSTEE
        Movant                CASE NO: 5-16-04155-MJC

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to the Chapter 13 Plan.

**Any previously received notice on this matter should be disregarded.**

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing to be held as stated below:

        Date/Time: April 5, 2022 at 09:30 AM
        U.S. BANKRUPTCY COURT
        MAX ROSENN U.S. COURTHOUSE
        197 S. MAIN STREET
        WILKES BARRE, PA

YOU ARE FURTHER NOTICED that you MUST attend the hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

### TOTAL PLAN BALANCE DUE: $47,220.00
### TOTAL AMOUNT DUE BEFORE HEARING DATE: $47,220.00

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN  38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Dated:  March 3, 2022 eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ELEANOR J. GIAMUSSO

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III                    CASE NO: 5-16-04155-MJC
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Amended Notice by First Class Mail, from Hummelstown, PA unless served electronically, at the below address on March 3, 2022.

RONALD V. SANTORA, ESQUIRE
BRESSET AND SANTORA
918 CHURCH STREET, SUITE 1
HONESDALE, PA  18431-1953

ELEANOR J. GIAMUSSO
165 TOMPKINS STREET
PITTSTON, PA  18640-1013

Respectfully submitted,

s/ Matt Arcuri
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Dated:  March 3, 2022