Rev. 09/01/14

LOCAL BANKRUPTCY FORM 3015-2(a)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ELEANOR J. GIAMUSSO

CHAPTER 13

CASE NO. 5 - 16 -bk- 04155

Debtor(s)

## CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN
(Altering Treatment of Claims)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the Fourth Amended Chapter 13 Plan filed on 07/12/2022 proposes to alter the treatment of the claims of the following creditors included in the confirmed Chapter 13 Plan:

Final payment to Wells Fargo, N.A. to be made by Debtor's Estate directly outside of the Plan.

I further certify that notice of the filing of the Fourth Amended Chapter 13 Plan has been served on the above listed creditors and the Chapter 13 trustee, as evidenced by the attached certificate of service, and that no other party, other than the creditors listed above, will be affected by the provisions of the Fourth Amended Chapter 13 Plan.

Counsel for Debtor(s)

Dated: 07/12/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Eleanor Giamusso, | : | |
|         Debtor | : | Case No. 5:15-bk-04155 |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 12, 2022, notice of the filing of the Fourth Amended Chapter 13 Plan was delivered via first class mail to the following:

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Wells Fargo Bank, N.A.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Bresset & Santora, LLC

_/s/ Ronald V. Santora_
Ronald V. Santora, Esq.    #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666