IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Eleanor Giamusso, | : | |
|         Debtor | : | Case No. 5:16-bk-04155 |

| | | |
|---|---|---|
| **Eleanor Giamusso,** | : | |
|         Movant | : | |
|     V. | : | |
| **First Union Home Equity Bank, N.A.;** | : | |
| **Wells Fargo Minnesota, National** | : | |
| **Association, f/k/a Norwest Bank** | : | |
| **Minnesota, National Association, as** | : | |
| **Trustee under the Polling and Servicing** | : | |
| **Agreement dated as of December 1, 1997,** | : | |
| **Series 1997-3; Wells Fargo Bank,** | : | |
| **National Association,** | : | |
|         Respondents | : | Adv. No. 5:21-ap-00045 |

## NOTICE

The Movant filed a Motion to Modify Chapter 13 Plan Post Confirmation on July 12, 2022.

If you object to the relief requested, you must file your objection/response by August 2, 2022 with the Clerk of Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy to Ronald V. Santora, Esq., 1188 Wyoming Avenue, Forty Fort, PA 18704.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date:  July 12, 2022

Bresset & Santora, LLC
Ronald V. Santora, Esq.  #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
    Eleanor Giamusso, :
        Debtor : Case No. 5:15-bk-04155

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 12, 2022, notice of the filing of the Fourth Amended Chapter 13 Plan was delivered via first class mail to the following:

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Wells Fargo Bank, N.A.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Bresset & Santora, LLC

Ronald V. Santora, Esq.   #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666