BRESSET & SANTORA, LLC

By: Ronald V. Santora, Esquire
Attorney ID No. 35061

1188 Wyoming Avenue
Forty-Fort, PA 18704
Phone: (570) 287-3660
Fax: (570) 287-3666
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **ELEANOR GIAMUSSO,** | : | |
| | : | |
| Debtor | : | Case No. 5:16-bk-04155-MJC |

_____

# ORDER

Upon consideration of the Debtor, Debtor is hereby GRANTED the Motion to Modify Chapter 13 Plan Post Confirmation.

BY THE COURT:

_____
J.