United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                        Case No. 16-04155-MJC

Eleanor J. Giamusso                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                                       Page 1 of 3

Date Rcvd: Jan 19, 2023                  Form ID: ordsmiss                                Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eleanor J. Giamusso, 165 Tompkins Street, Pittston, Pa 18640-1013 |
| cr | + | Wells Fargo Bank, National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 4841917 | | Kost Tire & Auto Service/Credit First NA, PO Box 81344, Cleveland, OH 44188-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 19 2023 18:41:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | EDI: WFFC2 | Jan 19 2023 23:44:00 | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-4400 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 19 2023 18:41:00 | Wells Fargo Bank, National Association, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4885918 | + | EDI: BASSASSOC.COM | Jan 19 2023 23:44:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 4841916 | | EDI: WFNNB.COM | Jan 19 2023 23:44:00 | Comenity - Bon Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 4891756 | | Email/Text: FMClaims@Firstmarkservices.com | Jan 19 2023 18:41:44 | EduCap c/o Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 4841918 | | Email/Text: zshepherd@loantolearn.com | Jan 19 2023 18:41:00 | Loan To Learn, PO Box 651118, Sterling, VA 20165-1118 |
| 4884411 | | EDI: PRA.COM | Jan 19 2023 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4845523 | + | EDI: RECOVERYCORP.COM | Jan 19 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4865223 | | EDI: Q3G.COM | Jan 19 2023 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4841919 | | EDI: CITICORP.COM | Jan 19 2023 23:44:00 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 5317786 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 19 2023 18:41:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4841920 | | EDI: CAPITALONE.COM | Jan 19 2023 23:44:00 | Union Plus Credit Card, PO Box 71104, Charlotte, NC 28272-1104 |
| 4841921 | | EDI: WFFC.COM | Jan 19 2023 23:44:00 | Wells Fargo, PO Box 14591, Des Moines, IA |

| Recip ID | | Bypass/EDI | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 50306-3591 |
| 5035067 | + | EDI: WFFC2 | Jan 19 2023 23:44:00 | Wells Fargo Bank, N.A., 1 Home Campus, Attn: Payment Processing, MAC #X2302-04C, Des Moines IA 50328-0001 |
| 5113715 | + | EDI: WFFC2 | Jan 19 2023 23:44:00 | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 4856015 | + | EDI: WFFC2 | Jan 19 2023 23:44:00 | Wells Fargo Bank, National Association, successor, c/o Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4882449 | | Wells Fargo Bank, National Association, successor |
| cr | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, EduCap c/o Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5317787 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2023       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A./Wells Fargo Home Mortgage amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank National Association amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank National Association, s/b/m to Wells Fargo Bank Minnesota, NA f/k/a Norwest Bank Minnesota, NA as Trustee for First Union Home Equity Loan Trust 1997-3, Home Equity Loan Asset-Backed bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Defendant Wells Fargo Minnesota National Association, fka Norwest Bank Minnesota, National Association, as Trustee under the polling and Servicing Agreement dated as of December 1, 1997, Series 1997-3 bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | |

| | |
|---|---|
| | on behalf of Defendant First Union Home Equity Bank NA bkgroup@kmllawgroup.com |
| Ronald V. Santora | |
| | on behalf of Debtor 1 Eleanor J. Giamusso ronsantoraesq@aol.com gianna@bressetsantora.com |
| Ronald V. Santora | |
| | on behalf of Plaintiff Eleanor J. Giamusso ronsantoraesq@aol.com gianna@bressetsantora.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eleanor J. Giamusso,   Chapter   13

**Debtor 1**

Case No.   5:16−bk−04155−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 19, 2023

ordsmiss (05/18)