Debtor 1  Eleanor J. Giamusso
Debtor 2  _____
(Spouse, if filing)
United States Bankruptcy Court for the: Middle District of Pennsylvania (Wilkes-Barre)
Case number  16-04155

**Official Form 410S2**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, f/k/a Norwest Bank Minnesota, National Association as Trustee for First Union Home Equity Loan Trust 1997-3, Home Equity Loan Asset-Backed Certificates, Series 1997-3

**Last 4 digits** of any number you use to identify the debtor's account: 7997

**Court claim no.** (if known): 1

**Uniform Claim Identifier:** WFCMGE1604155PAM61227997

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice _____

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | | (3) $ 0.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | 08/01/2019; 08/01/2019 | (8) $ 2,125.51 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) $ 0.00 |
| 11. Other. Specify: _____ | | (11) $ 0.00 |
| 12. Other. Specify: _____ | | (12) $ 0.00 |
| 13. Other. Specify: _____ | | (13) $ 0.00 |
| 14. Other. Specify: _____ | | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses and Charges   page 1
Case 5:16-bk-04155-MJC   Doc    Filed 08/19/19   Entered 08/19/19 11:21:10   Desc
0-40127d62-1d59-4a41-89dd-f72604faa7cb-   Main Document    Page 1 of 3

| Debtor 1 | Eleanor | J. | Giamusso | | Case number (if known) | 16-04155 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.    (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Melissa Ann Anderson                                                      Date  08/19/2019
   Signature

Print: Melissa          Ann          Anderson                           Title  VP Loan Documentation
       First Name    Middle Name    Last Name

Specific Contact Information:                                    Wells Fargo Bank, N.A.
P: 800-274-7025                                                  MAC N9286-01Y
E: 180DayInquiries@wellsfargo.com                                1000 Blue Gentian Road
                                                                 Eagan, MN 55121-7700

Official Form 410S2    Notice of Post Petition Mortgage Fees, Expenses, and Charges    page 2

Case 5:16-bk-04155-MJC    Doc    Filed 08/19/19    Entered 08/19/19 11:21:10    Desc
0-40127d62-1d59-4a41-89dd-f72604faa7cb-   Main Document    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

Chapter 13 No. 16-04155

In re:  Judge: Chief Judge Robert N. Opel II

Eleanor J. Giamusso

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before August 19, 2019, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid:

Eleanor J. Giamusso
165 Tompkins Street
Pittston, Pa 18640

Debtor's Attorney:  By U.S. Postal Service First Class Mail Postage Prepaid:

Ronald V. Santora
Bresset and Santora
1188 Wyoming Avenue
Forty Fort, PA 18704

Trustee:  By U.S. Postal Service First Class Mail Postage Prepaid:

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ John Shelley
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)